UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| Dawn M. Walters, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:13-CV-00408 |
| | ) | |
| Service Management Systems, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Dawn M. Walters and Defendant Service Management Systems, Inc., file this Joint Stipulation of Dismissal that has been signed by all parties who have appeared in this civil action. There are no further matters requiring the Court's attention, and the parties hereby request dismissal of this action with prejudice.

Dated this 2nd day of December, 2013.

                                  Respectfully submitted,

                                  **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

                                  /s/ Wendy V. Miller
                                  Wendy V. Miller, Esq. (BPR # 23500)
                                  Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
                                  401 Commerce Street, Suite 1200
                                  Nashville, TN 37219
                                  (615) 254-1900
                                  (615) 254-1908 fax
                                  wendy.miller@odnss.com

                                  **ATTORNEY FOR DEFENDANT**

/s/ Seth J. Kraus
Seth J. Kraus, Esq. (OH Bar #0084003)
Russell L. Ellis, Esq. (TN Bar #029144)
David C. Gibbs, Jr., Esq. (OH Bar #0013362)
Gibbs & Associates Law Firm, LLC
5700 Gateway Blvd., Suite 400
Mason, OH 45040
(513) 234-5545
(513) 298-0066

**ATTORNEYS FOR PLAINTIFF**

16524851.1